# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, D.C. KING, P.D. LOCHNER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

**v.**

**BYRON A.W. GROBE**
**FIRE CONTROL TECHNICIAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201600003**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 26 August 2015.
**Military Judge**: CDR Robert P. Monahan Jr., JAGC, USN.
**Convening Authority**: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation**: CDR A.R. House, JAGC, USN.
**For Appellant**: LT Jacqueline M. Leonard, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

**21 April 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court